UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DAUWALDER,<br><br>    Plaintiff,<br><br> v.<br><br>DANIEL MOELLER, et al.,<br><br>    Defendants. | No. 1:25-cv-00665-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 14) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On October 3, 2025, the Court screened Plaintiff complaint, found no cognizable claims, and granted Plaintiff the opportunity to amend the complaint. (ECF No. 14.) Plaintiff has not filed an amended complaint or otherwise communicated with the Court and the time to do so has passed. Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to state a cognizable claim. Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated:  **November 14, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1