UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DAUWALDER,<br><br>                    Plaintiff,<br><br>          v.<br><br>DANIEL MOELLER, et al.,<br><br>                    Defendants. | No.  1:25-cv-00665-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>Doc. 17 |

Plaintiff Daniel Dauwalder is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 9, 2025, the assigned magistrate judge screened the amended complaint and issued findings and recommendations recommending that this action be dismissed for failure to state a cognizable claim upon which relief may be granted.  Doc. 17.  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within 14 days after service.  *Id.* at 8.  No objections were filed, and the deadline to do so has expired.

///

///

1

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on December 9, 2025, Doc. 17, are adopted in full;

2. This action is dismissed for failure to state a cognizable claim upon which relief may be granted; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    January 25, 2026

UNITED STATES DISTRICT JUDGE

2